UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re: §
§
DOUGLAS C. HUTCHINSON § Case No. 09-20469-PGH
ERICA L. HUTCHINSON §
§
Debtor(s) §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. The debtor filed a petition under chapter 7 of the United States Bankruptcy Code on 05/28/2009 . The undersigned trustee was appointed on 05/28/2009 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of         $    2,145.76

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Administrative expenses | 0.00 |
   | Payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Payments to the debtor | 0.00 |
   | Leaving a balance on hand of[1]         $ | 2,145.76 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (9/1/2009) *(Page: 1)*

      6.  The deadline for filing claims in this case was  10/22/2009 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

      7.  The Trustee's proposed distribution is attached as **Exhibit D**.

      8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 536.44 .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

      The trustee has received $ 0.00  as interim compensation and now requests a sum of $ 536.44 , for a total compensation of $ 536.44 .  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 19.71 , for total expenses of $ 19.71 .

      Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.


Date: 06/04/2010                    By:/s/Robert C. Furr
                                              Trustee


**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Case No:     09-20469         PGH         Judge: Paul G. Hyman         Trustee Name:                        Robert C. Furr
Case Name:   DOUGLAS C. HUTCHINSON                                     Date Filed (f) or Converted (c):    05/28/09 (f)
             ERICA L. HUTCHINSON                                       341(a) Meeting Date:                07/06/09
For Period Ending: 06/04/10                                            Claims Bar Date:                    10/22/09

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property<br>Abandoned<br>OA=554(a) Abandon<br>DA=554(c) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 1 | Homestead - 9480 S. Military Trail - Exempt | 88,500.00 | 0.00 | DA | 0.00 | FA |
| 2 | Real Property - 132 Pinnacle Falls, Pickens, SC | 55,000.00 | 0.00 | DA | 0.00 | FA |
| 3 | WAMU Checking - Exempt | 200.00 | 0.00 | DA | 0.00 | FA |
| 4 | Wachovia Checking | 100.00 | 0.00 | DA | 0.00 | FA |
| 5 | Wachovia Checking w/Mother | 0.25 | 0.00 | DA | 0.00 | FA |
| 6 | Household Goods and Furnishings - Exempt | 955.00 | 0.00 | DA | 0.00 | FA |
| 7 | Wearing Apparel | 0.00 | 0.00 | DA | 0.00 | FA |
| 8 | Jewelry - Exempt | 190.00 | 0.00 | DA | 0.00 | FA |
| 9 | New York Life Term Insurance Policy | 0.00 | 0.00 | DA | 0.00 | FA |
| 10 | Edward Jones IRA - Exempt | 12,241.00 | 0.00 | DA | 0.00 | FA |
| 11 | Interest in Velocita Holdings, Inc. | 0.00 | 0.00 | DA | 0.00 | FA |
| 12 | 1985 Ford F150 - Exempt | 800.00 | 0.00 | DA | 0.00 | FA |
| 13 | 2003 Subaru Forester - Partial Exemption | 4,000.00 | 2,145.00 | | 2,145.00 | FA |
| INT | Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.76 | Unknown |

TOTALS (Excluding Unknown Values)        $161,986.25        $2,145.00                    $2,145.76        Gross Value of Remaining Assets
                                                                                                          $0.00
                                                                                                          (Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Status: TFR filed 05/28/10.

CBD: 10/22/09 - Claims: All claims have been resolved.

Tax Returns: No return is required.

RE PROP #   2   --   Surrendered.
RE PROP #   4   --   No real value to estate.
RE PROP #   5   --   No real value to estate.

UST Form 101-7-TFR (9/1/2009) *(Page: 3)*

Page: 2

Exhibit A

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Case No:             09-20469         PGH         Judge:  Paul G. Hyman          Trustee Name:                            Robert C. Furr
Case Name:           DOUGLAS C. HUTCHINSON                                        Date Filed (f) or Converted (c):         05/28/09 (f)
                     ERICA L. HUTCHINSON                                          341(a) Meeting Date:                     07/06/09
For Period Ending: 06/04/10                                                       Claims Bar Date:                         10/22/09

RE PROP #   7     --   No real value to estate.
RE PROP #   9     --   No real value to estate.
RE PROP #   11    --   Corporation has no asset - no business for over a year.

Initial Projected Date of Final Report (TFR):  12/31/10          Current Projected Date of Final Report (TFR):   12/31/10

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 09-20469
Case Name: DOUGLAS C. HUTCHINSON
ERICA L. HUTCHINSON
Taxpayer ID No: XX-XXX2410
For Period Ending: 06/04/10

Trustee Name: Robert C. Furr
Bank Name: JPMorgan Chase Bank, N.A.
Account Number/CD#: XXXXXX2965 - Money Market Account
Blanket Bond (per case limit): $1,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/21/09 | 13 | Douglas Hutchinson | Payment pursuant Report of Sale filed 08/20/09 | 1129-000 | 500.00 | | 500.00 |
| 07/21/09 | 13 | Douglas Hutchinson | Payment pursuant Report of Sale filed 08/20/09 | 1129-000 | 500.00 | | 1,000.00 |
| 07/21/09 | 13 | Douglas Hutchinson | Payment pursuant Report of Sale filed 08/20/09 | 1129-000 | 145.00 | | 1,145.00 |
| 07/21/09 | 13 | Douglas Hutchinson | Payment pursuant Report of Sale filed 08/20/09 | 1129-000 | 500.00 | | 1,645.00 |
| 07/21/09 | 13 | Douglas Hutchinson | Payment pursuant Report of Sale filed 08/20/09 | 1129-000 | 500.00 | | 2,145.00 |
| 07/31/09 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.01 | | 2,145.01 |
| 08/31/09 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.09 | | 2,145.10 |
| 09/30/09 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.08 | | 2,145.18 |
| 10/30/09 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.08 | | 2,145.26 |
| 11/30/09 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.09 | | 2,145.35 |
| 12/31/09 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.09 | | 2,145.44 |
| 01/29/10 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.08 | | 2,145.52 |
| 02/26/10 | INT | JPMorgan Chase Bank, N.A. | Interest Posting at 0.0500% | 1270-000 | 0.08 | | 2,145.60 |
| 03/09/10 | INT | JPMorgan Chase Bank, N.A. | Final Interest Posting | 1270-000 | 0.02 | | 2,145.62 |
| 03/09/10 | | Transfer to Acct#XXXXX6624 | Transfer of Funds | 9999-000 | | 2,145.62 | 0.00 |

|  |  |  |
|---|---:|---:|
| COLUMN TOTALS | 2,145.62 | 2,145.62 |
| Less: Bank Transfers/CD's | 0.00 | 2,145.62 |
| Subtotal | 2,145.62 | 0.00 |
| Less: Payments to Debtors | 0.00 | 0.00 |
| Net | 2,145.62 | 0.00 |

Page Subtotals    2,145.62    2,145.62

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 09-20469
Case Name: DOUGLAS C. HUTCHINSON
ERICA L. HUTCHINSON
Taxpayer ID No: XX-XXX2410
For Period Ending: 06/04/10

Trustee Name: Robert C. Furr
Bank Name: Bank of America, N.A.
Account Number/CD#: XXXXXX6624 - Money Market Account
Blanket Bond (per case limit): $1,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/09/10 | | Transfer from Acct#XXXXXXXX2965 | Transfer of Funds | 9999-000 | 2,145.62 | | 2,145.62 |
| 03/31/10 | INT | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.04 | | 2,145.66 |
| 04/30/10 | INT | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.05 | | 2,145.71 |
| 05/28/10 | INT | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.05 | | 2,145.76 |
| 05/28/10 | | Transfer to Acct#XXXXXX9193 | Transfer of Funds | 9999-000 | | 2,145.71 | 0.05 |
| 06/04/10 | | Transfer to Acct#XXXXXX9193 | Transfer of Funds | 9999-000 | | 0.05 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 2,145.76 | 2,145.76 |
| Less: Bank Transfers/CD's | 2,145.62 | 2,145.76 |
| Subtotal | 0.14 | 0.00 |
| Less: Payments to Debtors | 0.00 | 0.00 |
| Net | 0.14 | 0.00 |

Page Subtotals    2,145.76    2,145.76

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 09-20469
Case Name: DOUGLAS C. HUTCHINSON
ERICA L. HUTCHINSON
Taxpayer ID No: XX-XXX2410
For Period Ending: 06/04/10

Trustee Name: Robert C. Furr
Bank Name: Bank of America, N.A.
Account Number/CD#: XXXXXX9193 - Checking Account
Blanket Bond (per case limit): $1,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/28/10 | | Transfer from Acct#XXXXXX6624 | Transfer of Funds | 9999-000 | 2,145.71 | | 2,145.71 |
| 06/04/10 | | Transfer from Acct#XXXXXX6624 | Transfer of Funds | 9999-000 | 0.05 | | 2,145.76 |

```
                                      COLUMN TOTALS              2,145.76        0.00
                                      Less: Bank Transfers/CD's  2,145.76        0.00
                                      Subtotal                       0.00        0.00
                                      Less: Payments to Debtors      0.00        0.00
                                      Net                            0.00        0.00

                                      TOTAL OF ALL ACCOUNTS
                                                                 NET DEPOSITS     NET            ACCOUNT
                                                                              DISBURSEMENTS      BALANCES
                                      Money Market Account - XXXXXX2965    2,145.62     0.00       0.00
                                      Money Market Account - XXXXXX6624        0.14     0.00       0.00
                                      Checking Account - XXXXXX9193            0.00     0.00    2,145.76
                                                                           =========  ========   ========
                                                                           2,145.76       0.00    2,145.76
      Total Allocation Receipts:        0.00                              (Excludes account (Excludes payments  Total Funds on
      Total Net Deposits:           2,145.76                                transfers)      to debtors)            Hand
      Total Gross Receipts:         2,145.76
```

Page Subtotals                                                                    2,145.76           0.00

TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 09-20469-PGH
Case Name: DOUGLAS C. HUTCHINSON
    ERICA L. HUTCHINSON
Trustee Name: Robert C. Furr

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---|
| _____ | $_____ |
| _____ | $_____ |
| _____ | $_____ |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|
| Trustee: Robert C. Furr | $ 536.44 | $ 0.00 |
| Attorney for trustee: | $ | $ |
| Appraiser: | $ | $ |
| Auctioneer: | $ | $ |
| Accountant: | $ | $ |
| Special Attorney for trustee: | $ | $ |
| Charges: | $ | $ |
| Fees: | $ | $ |
| Other: Robert C. Furr, Trustee | $ 0.00 | $ 19.71 |
| Other: | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|
| *Attorney for debtor:* | $ | $ |
| *Attorney for:* | $ | $ |
| *Accountant for:* | $ | $ |
| *Appraiser for:* | $ | $ |
| *Other:* | $ | $ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
|  |  | $ | $ |
|  |  | $ | $ |
|  |  | $ | $ |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 26,722.13 have been allowed and will be paid <u>pro</u> <u>rata</u> only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 6.0 percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| 1 | PYOD LLC its successors and assigns as | $ 5,515.80 | $ 328.12 |
| 2 | Chase Bank USA, N.A. | $ 5,921.09 | $ 352.23 |

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 3 | Chase Bank USA, N.A. | $ 5,214.09 | $ 310.17 |
| 4 | PREMIER BANKCARD | $ 822.35 | $ 48.92 |
| 5 | FIA CARD SERVICES, NA/BANK OF AMERICA | $ 9,248.80 | $ 550.17 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

       The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00 .